**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kwame Wegman, | No. CV-23-02024-PHX-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| Westlake Services LLC, *et al.*, | |
| Defendants. | |

At issue is Defendants Westlake Services LLC and MVConnect LLC's Joint Motion to Dismiss and Compel Arbitration (Doc. 11), to which Plaintiff filed a Notice of Non-Opposition (Doc. 14). Because these parties agree that a valid arbitration agreement applies to all of Plaintiff's claims against the moving Defendants, the Court will grant the Motion to Compel Arbitration. Defendant Metro Auto Recovery LLC took no part in the briefing on this issue.

The sole question before the Court is whether to stay or dismiss Plaintiff's claims against the moving Defendants. Under the Federal Arbitration Act ("FAA"), 9 U.S.C. § 3, the Court is directed to enter a stay to litigation after compelling arbitration under a valid arbitration agreement if a party requests such a stay. The Ninth Circuit Court of Appeals has held that, when a court "determines that all of the claims raised in the action are subject to arbitration," the court "may either stay the action or dismiss it outright" notwithstanding the language of FAA section 3. *Johnmohammadi v. Bloomingdale's Inc.*, 755 F.3d 1072, 1074 (9th Cir. 2014) (citing *Sperling v. Hoffman Const. Co.*, 864 F.2d 635, 638 (9th Cir.

1988)).

Here, Plaintiff requests that the Court stay Plaintiff's claims against the two moving Defendants pending arbitration (Doc. 14 at 1-2), and the moving Defendants request a stay or dismissal of Plaintiff's claims against them (Doc. 11-1 at 7). Because Plaintiff requests a stay of his claims against the moving Defendants, and Plaintiff's claims against Defendant Metro Auto Recovery LLC remain pending in this matter, the Court will stay Plaintiff's claims against the moving Defendants.

**IT IS THEREFORE ORDERED** granting Defendants' Joint Motion to Dismiss and Compel Arbitration (Doc. 11).

**IT IS FURTHER ORDERED** compelling Plaintiff and Defendants Westlake Services LLC and MVConnect LLC to arbitration under the terms of the applicable arbitration agreement.

**IT IS FURTHER ORDERED** staying Plaintiff's claims against Defendants Westlake Services LLC and MVConnect LLC for a limited period of time, to be determined by the parties' progress in engaging in and completing the arbitration process. These parties shall file a joint status report by **June 7, 2024**, or within one week of a final arbitration decision, whichever is sooner.

Dated this 4th day of December, 2023.

Honorable John J. Tuchi
United States District Judge